# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| VETTER MOORE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil Action |
| ) | No. 10-3372-CV-S-DGK |
| MARTY ANDERSON, Warden, United ) | |
| States Medical Center for Federal Prisoners, ) | |
| ) | |
| Respondent. ) | |

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus was referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

The United States Magistrate has completed his preliminary review of the petition herein for a writ of habeas corpus and has submitted to the undersigned a report and recommendation that the petition for a writ of habeas corpus be dismissed without prejudice.

Petitioner has filed pro se exceptions to the report and recommendation of the Magistrate in which he continues to assert the indictment against him was false.

Having fully reviewed the record de novo, the Court agrees with the Magistrate that the petition should be dismissed on the grounds that it is not properly before this Court. Regardless of petitioner's assertions, he has failed to demonstrate that the 28 U.S.C. §2255 remedy is an ineffective or inadequate vehicle to test the legality of his conviction. Clearly, on the issues raised by petitioner, the sentencing court is the appropriate forum in which to raise his claims.

Accordingly, the Court finds, after de novo review, that the conclusions of the Magistrate should be approved. Based on the file and records in this case, it is concluded that the findings of fact, conclusions of law, and proposed actions of the Magistrate are correct and should be approved. Accordingly, the Court finds that the petition for habeas corpus relief must be dismissed without prejudice.[1] It is therefore

    ORDERED that petitioner's exceptions filed herein be, and they are hereby, considered and overruled. It is further

    ORDERED that petitioner be, and he is hereby, denied leave to proceed in forma pauperis. It is further

    ADJUDGED that the petition herein for a writ of habeas corpus be, and it is hereby, dismissed without prejudice.

                                          /s/ Greg Kays  
                                          GREG KAYS  
                                          United States District Judge

Date: November 17, 2010

---

[1] The Federal Public Defender's Office has filed a motion to withdraw. Given the status of this case, the motion will be granted.